Earl C. PATTERSON

v.

Eva C. CLEARY.

No. 5236.

United States Court of Appeals
Tenth Circuit.

March 21, 1956.

T. B. Keleher and John B. Tittmann, Albuquerque, N. M., for appellant.

George A. Shipley and Robert J. Seller and Lorna M. Shipley, Alamogordo, N. M., for appellee.

Before MURRAH and PICKETT, Circuit Judges, and HILL, District Judge.

PER CURIAM.

Remanded to District Court without opinion, with instructions to vacate the order granting a new trial and to reinstate the judgment.

PETROLEUM CONVERSION CORPORA-TION, Petitioner-Appellant,

v.

James A. VAUGHAN, Individually and as Administrator of the Estate of Elizabeth Boyd Vaughan, Deceased, and Edward A. Rogers, Appellees.

No. 254—October Term, 1955.

Docket 23864.

United States Court of Appeals
Second Circuit.

Argued April 2, 3, 1956.

Decided April 16, 1956.

Morgan P. Ames, Warren Egenton, Stamford, Conn., Cummings & Lockwood, Stamford, Conn., of counsel, for petitioner-appellant.

James A. Vaughan, New York City, for appellees.

Before FRANK, MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Anderson. 140 F.Supp. 369.